

**DEPARTMENT OF REVENUE**

955 Center Street NE
Salem OR 97301-2555

Date of Notice:  4/03/14

74583661



HAYS, KELLY J
7925 SW 66TH AVE
PORTLAND OR  97223

**Bankruptcy Request-to-File**

Bankruptcy Case No:    14-31583-ELP13

PERSONAL INCOME TAX RETURN(S) FOR   2012

We do not have an Oregon tax return for the program(s)/year(s) listed above. If you were not required to file a return, please fill out the form on the next page and return it to us.

If you do not file the return(s) or provide the required information, the department will file a claim in your bankruptcy for all tax we determine to be due.

PLEASE SEND YOUR TAX RETURN(S) (THE ORIGINAL AND ONE COPY) ALONG WITH THIS LETTER TO THE ABOVE ADDRESS.  SEND ANOTHER COPY OF YOUR RETURN TO YOUR ATTORNEY.


/s/ Bev RatheLeGurche
Bankruptcy Technician
PTAC, Adm Svcs-Bankruptcy
Telephone: 503-945-8408

---

Please read all pages of this notice.  If you still have questions, call the technician shown above.

TTY (hearing or speech impaired; machine only), 503-945-8617 in Salem or 1-800-886-7204 toll-free from an Oregon prefix. ADA: Alternative formats available. Call 503-378-4988 in Salem or 1-800-356-4222 toll-free from an Oregon prefix.

For general tax information:   visit www.oregon.gov/dor

Asistencia en español. Llame al 503-378-4988 en Salem o llame gratis de prefijo de Oregon al 1-800-356-4222.

HAYS, KELLY J                            Ref #: XXX-XX-1624 100 12 12 1      Page  2
                                                                Notice date:  4/03/14

Please state the reason and the tax program/year that you are not required
to file.

Program (        ) Year/Quarter (      ) _____
Program (        ) Year/Quarter (      ) _____
Program (        ) Year/Quarter (      ) _____
Program (        ) Year/Quarter (      ) _____
Program (        ) Year/Quarter (      ) _____
Program (        ) Year/Quarter (      ) _____

To the best of my knowledge, the information provided above is true and
correct.

        Signature:_____    Date:_____

PLEASE NOTE:  We are sending a copy of this to the Bankruptcy Court.  The
Court has advised us that the court may, sua sponte, treat this letter as an
objection to confirmation of the plan and a motion to dismiss.  If the
returns are not filed prior to the confirmation hearing, the court will
decide at the confirmation hearing whether to dismiss your case or to
continue the hearing to allow you to file the returns.

cc:   Bankruptcy Court
      Bankruptcy Trustee
      Your Attorney

Certificate of Service

RE:
Case No:      14-31583-ELP13
Debtor Name:  HAYS, KELLY J

I certify that on 04/03/14 copies of the Objection to Confirmation (Bankruptcy Request to File letter) were mailed to:

Electronically transferred (ECF) to addressee(s) as follows:

Addressee(s):

WALLACE,IAN H    ECF

GODARE,WAYNE    ECF

First class mail to addressee(s) as follows:

Addressee(s):

HAYS, KELLY J
7925 SW 66TH AVE,
PORTLAND OR  97223


/s/ Bev RatheLeGurche
Bankruptcy Technician
PTAC, Adm Svcs-Bankruptcy
Telephone: 503-945-8408